**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| JOSHUA STEVENS, JOSHUA KAPELLEN, and JERROLYN KAPELLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC; HOMETAP INVESTMENT PARTNERS II, L.P.; and HOMETAP INVESTMENT PARTNERS III SPV, LLC,<br><br>Defendants. | Case No.: 26-3175<br><br>**HOMETAP INVESTMENT PARTNERS III SPV, LLC'S FRCP 7.1 NON-GOVERNMENTAL CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hometap Investment Partners III SPV, LLC provides the following Non-Governmental Corporate Disclosure Statement:

1. Hometap Investment Partners III SPV, LLC is a Delaware limited liability company with its principal place of business in Boston, MA.

2. Hometap Investment Partners III SPV, LLC is a wholly owned subsidiary of Hometap Investment Partners III, L.P., a Delaware limited partnership with its principal place of business in Boston, MA.

3. The general partner of Hometap Investment Partners III, L.P. is Hometap Holdings III, LLC, a Delaware limited liability company.

4. The sole member of Hometap Holdings III, LLC is Hometap Equity Partners, LLC, a Delaware limited liability company.

5. No publicly held corporation owns 10% or more of Hometap Investment Partners III SPV, LLC.

Dated: July 2, 2026

Respectfully submitted,

MCGUIREWOODS LLP

*/s/ David D. Leishman*
David D. Leishman (MN # 0386513)
MCGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Phone: (312) 750-8680
Email: dleishman@mcguirewoods.com

*Counsel for Hometap Equity Partners, LLC, Hometap Investment Partners II, L.P., and Hometap Investment Partners III SPV, LLC*

## CERTIFICATE OF SERVICE

I certify that on July 2, 2026, I caused a true and correct copy of this document to be served on the following parties via email and U.S. Mail:

Anne T. Regan (MN #0333852)
Neven Selimovic (MN #0400240)
Sarah G. Loken (MN #0506589)
HELLMUTH & JOHNSON, PLLC
8050 West 78th Street
Edina, MN 55439
(952) 941-4005
aregan@hjlawfirm.com
nselimovic@hjlawfirm.com
sloken@hjlawfirm.com

Scott C. Harris
Michael Dunn
Lynn M. Johnson
BRYSON HARRIS SUCIU DEMAY, PLLC
900 W. Morgan Street
Raleigh, NC 27603
(919) 600-5003
sharris@brysonpllc.com
mdunn@brysonpllc.com
ljohnson@brysonpllc.com

*Attorneys for Plaintiffs*

*/s/ David D. Leishman*
David D. Leishman (MN # 0386513)

*Counsel for Hometap Equity Partners, LLC, Hometap Investment Partners II, L.P., and Hometap Investment Partners III SPV, LLC*