**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| JOSHUA STEVENS, JOSHUA KAPELLEN, and JERROLYN KAPELLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC; HOMETAP INVESTMENT PARTNERS II, L.P.; and HOMETAP INVESTMENT PARTNERS III SPV, LLC,<br><br>Defendants. | Case No.: 0:26-cv-03175-DWF-JFD<br><br>**EXHIBIT LIST TO MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION** |

Defendants Hometap Equity Partners, LLC, Hometap Investment Partners II, L.P., and Hometap Investment Partners III SPV, LLC (collectively, "Hometap" or "Defendants") hereby submit the following Exhibits with its Memorandum of Law in Support of Motion to Compel Arbitration and Stay Action:

- Exhibit A: Stevens Option Purchase Agreement
- Exhibit B: Kappellen Option Purchase Agreement
- Exhibit C: Kappellen Option Closing Disclosure
- Exhibit D: Stevens Mortgage and Security Agreement
- Exhibit E: Kappellen Mortgage and Security Agreement

Dated: July 23, 2026

Respectfully submitted,

*/s/ David D. Leishman*
David D. Leishman (MN # 0386513)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Phone: (312) 750-8680
Email: dleishman@mcguirewoods.com

*Counsel for Hometap Equity Partners, LLC, Hometap Investment Partners II, L.P., and Hometap Investment Partners III SPV, LLC*