**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| JOSHUA STEVENS, JOSHUA KAPELLEN, and JERROLYN KAPELLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC; HOMETAP INVESTMENT PARTNERS II, L.P.; and HOMETAP INVESTMENT PARTNERS III SPV, LLC,<br><br>Defendants. | Case No.: 0:26-cv-03175-DWF-JFD<br><br>**ORDER STAYING CASE** |

This matter is before the Court on the parties' Joint Stipulation to Stay Proceedings Pending Resolution of Hometap's Motion to Compel Arbitration (Dkt. No. 26). Accordingly, IT IS HEREBY ORDERED that:

1. All proceedings in this matter, including any scheduling deadlines, Hometap's deadline to file an answer or other responsive pleading, and all discovery obligations, are STAYED pending resolution of the Motion to Compel Arbitration (Dkt. No. 20).
2. Hometap's Motion to Stay (Dkt. No. 11) is deemed withdrawn, and the August 3, 2026 hearing is canceled.

3. In the event the Court denies the Motion to Compel Arbitration, Hometap will file its answer or other responsive pleading within 14 days of the date of the Court's order on the motion.

Date: July 28, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge